Case:18-01780-ESL13 Doc#:23 Filed:06/18/18 Entered:06/18/18 11:33:31 Desc: Main
Document Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **MIGUEL ANGEL RIVERA OCASIO**<br>SSN xxx-xx-8059<br>**CARMEN DELIA FONSECA CAEZ**<br>SSN xxx-xx-5996<br>Debtor(s) | CASE NO: **18-01780-ESL**<br><br>**Chapter 13** |

## TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO\***

Total Agreed: **$3,000.00**   Paid Pre-Petition: **$99.00**   Outstanding (Through the Plan): **$2,901.00**

---

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

**Debtor's/s' Commitment Period:** ☒ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$0.00**

Liquidation Value: **$11,678.00**   Estimated Priority Debt: **$0.00**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately **$11,678.00**

With respect to the (amended) Plan date: **May 31, 2018 (Dkt 20)**   Plan Base: **$19,232.00**

**The Trustee:** ☒ **DOES NOT OBJECT**   ☐ **OBJECTS** Plan Confirmation   Gen. Uns. Approx. Dist.: **23 %**

---

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

---

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: June 18, 2018

/s/ Alexandra Rodriguez, Esq.

---

Last Docket Verified: **22**   Last Claim Verified: **4-2**   CMC: **MR**