IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL ANGEL RIVERA OCASIO
CARMEN DELIA FONSECA CAEZ

DEBTORS

CASE NO 18-01780 ESL

CHAPTER 13

### DEBTORS THIRD MOTION FOR EXTENSION OF TIME TO REPLY TO *TRUSTEE'S MOTION TO DISMISS* DOCKET NO. 38

TO THE HONORABLE COURT:

COME NOW, **MIGUEL ANGEL RIVERA OCASIO and CARMEN DELIA FONSECA CAEZ**, the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. On October 29, 2021, the Debtors filed a motion for extension of time of thirty (30) days, Docket No. 39, within to cure the Plan arrears and adequately reply to the *Trustee's Motion to Dismiss*, Docket No. 38, in the above captioned case.

2. On November 4, 2021 the Debtors paid in to the Plan the sum of $434.00 (equivalent to one scheduled Plan payment) and on November 22, 2021 the Debtors paid in to the Plan the sum of $434.00 (equivalent to one scheduled Plan payment).

3. On November 30, 2021, the Court granted the Debtors' request for an extension of time to reply to the *Trustee's Motion to Dismiss*, Docket No. 38. *See*: ORDER, Docket No. 40.

4. On December 24, 2021 the Debtors filed a second motion for extension of time, Docket No. 42, to reply to the *Trustee's Motion to Dismiss*, Docket No. 38, and, on December 29, 2021, the Court granted the Debtors' second request, in the above captioned case. *See*: *ORDER*, Docket No. 43.

Page -2 –
Extension of Time MTD
Case No. 18-01780 ESL13

5. The Debtors in the present case are both retired employees. The Debtors' household income stems from the Debtor's social security pension and the Joint Debtor's Puerto Rico Government pension as a retired teacher.

6. The situation in this case is that recently, during the last year 2021, the Joint Debtor's medical condition worsened and the Debtors have had to incur in extraordinary medical expenses. Due to the Joint Debtor's specific medical condition, the medical expenses incurred by the Debtors are not fully covered by the Debtors' health insurance(s). This situation concerning the aforementioned medical expenses has resulted in that the Debtors have been unable to cure the balance in the Plan arrears, in the present Chapter 13 case.

7. Furthermore, due to the aforementioned situation concerning the Joint Debtor's health condition, the Debtors have been unable to personally meet with their attorney in order to look into other alternatives that could resolve the Plan arrears in the present case.

8. Therefore, the Debtors respectfully request a third and last extension of time of thirty (30) days within to resolve this matter and adequately reply to the *Trustee's Motion to Dismiss*, Docket No. 38, in the above captioned case. **This extension time to expire on February 21, 2022.**

**WHEREFORE**, the Debtors, through their undersigned attorney respectfully request that for the above stated reasons this Honorable Court grant the requested extension of time.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to: the Chapter 13 Trustee, Jose R. Carrion Morales, Esq.; I also certify that a copy of this motion was sent via

US Mail to the Debtor, Miguel Angel Rivera Ocasio and Carmen Delia Fonseca Caez, Urb Frontera 114 Aristides Chavier Street Bayamon PR 00961.

**RESPECTFULLY SUBMITED**, in San Juan, Puerto Rico, this 20th day of January, 2022.

/s/ *Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
P.O. BOX 186 CAGUAS PR 00726
TEL NO 787- 744-7699 787-963-7699
Email: rfc@rfigueroalaw.com